FILED 24 AUG '11 11:21 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

WILLIE BANKS, SR.,                                          03:10-cv-1223-HU

                    Petitioner,                                          ORDER

           v.

PAULA MYERS, Superintendent,

                    Respondent.

HERNANDEZ, Judge

     Petitioner's motion to voluntarily dismiss (#22) is GRANTED.
This proceeding is DISMISSED, without prejudice.

     IT IS SO ORDERED.

     DATED this  19  day of August, 2011.


                                        _____
                                        Marco A. Hernandez
                                        United States District Judge


1 -- ORDER